**Orlando Rapheal CLARK, Plaintiff–Appellant,**

v.

**Urban BOOKS; Kensington Books, Defendants–Appellees.**

**No. 11–6751.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 13, 2011.

Decided: Sept. 16, 2011.

Orlando Rapheal Clark, Appellant Pro Se.

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Rapheal Clark appeals the district court's order dismissing his 42 U.S.C.

§ 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clark v. Books*, No. 5:10–ct–03124–D (E.D.N.C. May 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*